```
V.ROY LEFCOURT (SBN 49950)
Attorney at Law
1934 Divisadero Street
San Francisco, CA 94115
(415) 776-0207

Attorney for Defendant
AIDE GARCIA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO: CR 05-0149 MHP |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION TO CONTINUE** |
| AIDE GARCIA, | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, it is hereby stipulated between the undersigned parties that the date set for change of plea in the above-entitled matter be continued from Monday, May 1, 2006, at 11:00 a.m. to Monday, May 15, 2006, at 11:00 a.m. due to the fact that the government requires additional time.

IT IS SO STIPULATED

//

//

//

1

DATED: April 27, 2006         Respectfully submitted,

/s/ V.ROY LEFCOURT
V.ROY LEFCOURT
Attorney for Defendant
AIDE GARCIA

DATED: April 27, 2006

/s/ DAVE HALL
DAVE HALL
Assistant United States Attorney

## ORDER TO CONTINUE SENTENCING

Based upon the above Stipulation, and for good cause appearing, THE COURT ORDERS THAT:

The date set for change of plea in the above-entitled matter be continued from Monday, May 1, 2006, at 11:00 a.m. to Monday, May 15, 2006, at 11:00 a.m. to grant the government additional time.

IT IS SO ORDERED.

DATED: April 28, 2006

IT IS SO ORDERED
Judge Marilyn H. Patel
HON.
UNITED STATES DISTRICT JUDGE

2