1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  C. DAVID HALL (CSBN 66081)
   Assistant United States Attorney
5          450 Golden Gate Avenue
           San Francisco, California 94102
6          Telephone: (415) 436-7168
   Attorneys for the Plaintiff
7

8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )     No. CR 05-0149 MHP
                                    )
11         Plaintiff,               )
                                    )
12         v.                       )     UNITED STATES MOTION AND
                                    )     STIPULATION AND
13                                  )     [PROPOSED] ORDER TO CONTINUE
                                    )     SENTENCING HEARING
14 AIDE GARCIA,                     )
                                    )
15         Defendant.               )
                                    )
16

17        The parties stipulate and agree that the Court shall continue the sentencing hearing to

18 December 10, 2007 at 9:00 a.m. from the presently set date of September 17, 2007, so that the

19 parties can complete their duties under the plea agreement..

20
   DATED: August 31, 2007
21                                              /s/
                                         C. DAVID HALL
22                                       Assistant United States Attorney

23
                                                /s/
24                                       V ROY LEFCOURT
                                         Attorney for Aide Garcia
25 SO ORDERED.

26 DATED:  Sept 6    , 2007

27
                                         MARILYN HALL PATEL
28                                       United States District Court Judge

   MOTION AND [PROPOSED] ORDER TO CONTINUE

IT IS SO ORDERED
Judge Marilyn H. Patel